# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Donald John Young, Jr | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10990-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 4, 2023 and this case be and the same is hereby DISMISSED

**Date: April 19, 2023**

Honorable Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

      Certificate of Credit Counseling
      Matrix
      Chapter 13 Plan
      Chapter 13 Statement of Your Current Monthly Income
      Mean Test Calculation
      Schedules AB-J
      Statement of Financial Affairs
      Summary of Assets and Liabilities